UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on March 16, 2023

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **GRAND JURY ORIGINAL** |
| | : | |
| **ASHLEY GAUSE,** | : | **VIOLATIONS:** |
| also known as "Cray," | : | **18 U.S.C. § 1951** |
| **D'MARRELL MITCHELL,** | : | **(Conspiracy to Interfere with Interstate** |
| also known as "Baby," | : | **Commerce by Robbery)** |
| **TERRANCE BRANHAM,** | : | **21 U.S.C. § 846** |
| also known as "Von," | : | **(Conspiracy to Distribute and Possess with** |
| **FLOYD NEAL,** | : | **Intent to Distribute Controlled** |
| **ASHAWNTEA HENDERSON,** | : | **Substances)** |
| **DEAUNDRE BLOUNT, and** | : | **18 U.S.C. §§ 1951, 2** |
| **GLENN DOLFORD,** | : | **(Interference with Interstate Commerce by** |
| | : | **Robbery)** |
| Defendants. | : | **18 U.S.C. § 924(c)(1)(A)(ii)** |
| | : | **(Using, Carrying, Possessing, and** |
| | : | **Brandishing a Firearm in Furtherance of a** |
| | : | **Crime of Violence or Drug Trafficking** |
| | : | **Offense)** |
| | : | |
| | : | **FORFEITURE:** |
| | : | **18 U.S.C. § 924(d) and § 981(a)(1)(C);** |
| | : | **21 U.S.C. § 853(a), (p); and 28 U.S.C. §** |
| | : | **2461(c)** |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

Beginning on or about May 7, 2020, and continuing through at least on or about May 26, 2021, within the District of Columbia and elsewhere, **ASHLEY GAUSE,** also known as "Cray," **D'MARRELL MITCHELL**, also known as "Baby", **TERRANCE BRANHAM**, also known as "Von," **FLOYD NEAL**, **ASHAWNTEA HENDERSON**, **DEAUNDRE BLOUNT**, **GLENN**

**DOLFORD**, and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, and agree with each other to commit an offense against the United States, namely, to knowingly and unlawfully obstruct, delay, and affect commerce by robbery in violation of Title 18, United States Code, Section 1951, by agreeing to take United States currency and other items of value (including prescription narcotics and cellular telephones) from pharmacies and cellular telephone retail stores by means of actual and threatened force, violence, and fear of injury, immediate and future, to another person.

## Goal of the Conspiracy

It was the goal of the conspiracy that the conspirators would acquire money, controlled substances, and/or cellular telephones, by way of robbery, belonging to and in the care, custody, control, management, and possession of various retail and commercial establishments, including pharmacies and cellular retail stores.

## The Manner and Means Used to Achieve the Objectives of the Conspiracy

The manner and means by which this conspiracy was carried out included the following:

1. It was part of the conspiracy that the defendants would and did play different roles in the conspiracy and took upon themselves different tasks and participated in the conduct of the conspiracy through various criminal acts.

2. The co-conspirators would often perform surveillance on pharmacies and cellular telephone retail stores to determine which pharmacy or retail store they should rob. Often, the pharmacies or cellular retail stores were a significant distance from Washington, D.C., where the conspiracy was based.

3. Upon picking a location for a robbery, the conspirators would often drive together from Washington, D.C., to the robbery location.

2

4.      During each robbery, co-conspirators would enter the pharmacy or cellular telephone retail store wearing dark clothing and often a mask and/or gloves to disguise their identity. The co-conspirators would often either brandish a firearm or gesture with their hands in a way that suggested the presence of a firearm under their clothing.

5.      During the pharmacy robberies, the co-conspirators would often demand and take United States currency from the cash registers or safes and would also demand and take prescription narcotics such as Oxycodone, and Promethazine-Codeine syrup.

6.      During the cellular telephone retail store robberies, the co-conspirators would often demand and take United States currency form the cash registers or safes and would also demand and take cellular telephones.

7.      It was further a part of the conspiracy that the co-conspirators used various vehicles, often stolen or rental vehicles, to flee from the establishments after the defendants robbed or attempted to rob the establishments.

8.      After each robbery, the co-conspirators would divide the proceeds of their robbery. The co-conspirators would sell any prescription narcotics or cellular telephones taken during a robbery.

### Overt Acts in Furtherance of the Conspiracy

In furtherance of the conspiracy, and to effect the objects thereof, the co-conspirators and others, both known and unknown to the Grand Jury, committed, or caused to be committed, the following overt acts in the District of Columbia and elsewhere.

1.      On or about May 9, 2020, members of the conspiracy entered and robbed a Walgreens Pharmacy located at 1905 State Road 33, Neptune New Jersey.

2.      On or about June 8, 2020, members of the conspiracy entered and robbed a CVS Pharmacy located at 4140 E Joppa Road, Nottingham, Maryland.

3.      On or about June 9, 2020, members of the conspiracy entered and robbed a T-Mobile store located at 8145 Baltimore Avenue, College Park, Maryland.

4.      On or about November 6, 2020, members of the conspiracy entered and robbed a T-Mobile store located at 721 D St. SE, Washington, D.C.

5.      On or about November 9, 2020, members of the conspiracy entered and robbed Russel Cellular located at 5252 Wisconsin Ave. NW, Washington, D.C.

6.      On or about November 11, 2020, members of the conspiracy entered and robbed a T-Mobile store located at 2460 Market St. NE, Washington, D.C.

7.      On or about November 12, 2020, members of the conspiracy entered and robbed Glen Echo Pharmacy located at 7311 Macarthur Blvd., Washington, D.C.

8.      On or about November 17, 2020, members of the conspiracy entered and attempted to rob a AT&T store located at 5301 Wisconsin Ave. NW, Washington, D.C.

9.      On or about January 12, 2021, members of the conspiracy entered and robbed a Verizon store located at 703 8th St. SE, Washington, D.C.

10.     On or about February 14, 2021, members of the conspiracy entered and robbed a CVS store located at 10901 West Broad St., Henrico, Virginia.

11.     On or about March 24, 2021, members of the conspiracy entered and robbed Morgan Pharmacy located at 3001 P Street NW, Washington, D.C.

12.     On or about March 25, 2021, members of the conspiracy entered and robbed a Walgreens Pharmacy store located at 4515 Duke Street, Alexandria, Virginia.

13.     On or about March 31, 2021, members of the conspiracy committed an armed robbery and carjacking in the area of 6421 Hil Mar Drive, District Heights, Maryland.

14.     On or about March 31, 2021, members of the conspiracy entered and robbed a CVS store located at 11729 Beltsville Dr., Beltsville, Maryland.

15.     On or about April 1, 2021, members of the conspiracy entered and robbed a CVS store located at 9200 Centreville Road, Manassas, Virginia.

16.     On or about May 4, 2021, members of the conspiracy entered and robbed an AT&T store located at 11427 Georgia Ave., Wheaton, Maryland.

17.     On or about May 5, 2021, members of the conspiracy entered and robbed an AT&T store located at 6300 Annapolis Road, Hyattsville, Maryland.

18.     On or about May 7, 2021, members of the conspiracy entered and robbed an AT&T store located at 14700 Baltimore Ave., Laurel, Maryland.

19.     On or about May 26, 2021, members of the conspiracy entered and robbed an CVS store located at 28 Magothy Beach Road, Pasadena, Maryland.

(**Conspiracy to Interfere with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Section 1951)

## COUNT TWO

Beginning on or about May 7, 2020, and continuing through at least on or about May 26, 2021, within the District of Columbia and elsewhere, **ASHLEY GAUSE,** also known as "Cray," **D'MARRELL MITCHELL**, also known as "Baby", **TERRANCE BRANHAM**, also known as "Von," **FLOYD NEAL, ASHAWNTEA HENDERSON, DEAUNDRE BLOUNT**, and co-conspirators not indicted herein, who are known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, and agree together, and with other persons, to unlawfully, knowingly, and intentionally distribute and possess with intent to distribute a mixture

and substance containing a detectable amount of Oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); a mixture and substance containing a detectable amount of Amphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); a mixture and substance containing a detectable amount of Morphine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); a mixture and substance containing a detectable amount of Tapentadol, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); a mixture and substance containing a detectable amount of Hydrocodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and a mixture and substance containing a detectable amount of Promethazine with Codeine, a Schedule V controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(3);

**(Conspiracy to Distribute and Possess with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Oxycodone, Amphetamine, Morphine, Tapentadol, Hydrocodone, and Promethazine with Codeine,** in violation of Title 21, United States Code, Section 846)

### COUNT THREE

On or about May 9, 2020, in the District of Columbia and elsewhere, **ASHLEY GAUSE,** also known as "Cray," **D'MARRELL MITCHELL,** also known as "Baby," **ASHAWNTEA HENDERSON**, and **DEAUNDRE BLOUNT**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **ASHLEY GAUSE,** also known as "Cray," **D'MARRELL MITCHELL,** also known as "Baby," **ASHAWNTEA HENDERSON**, and **DEAUNDRE BLOUNT**, did unlawfully take and obtain, and attempt to take

and obtain, property consisting of controlled substances from the Walgreens store located at 1905 State Road 33, Neptune, New Jersey, from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of Walgreens, a business that was engaged in and that affects interstate commerce.

> **(Interference with Commerce by Robbery and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951, and 2)

## COUNT FOUR

On or about June 8, 2020, within the District of Columbia and elsewhere, **D'MARRELL MITCHELL**, also known as "Baby," **DEAUNDRE BLOUNT**, and **GLENN DOLFORD**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **D'MARRELL MITCHELL**, also known as "Baby," **DEAUNDRE BLOUNT**, and **GLENN DOLFORD**, did unlawfully take and obtain, and attempt to take and obtain, property consisting of controlled substances from the CVS store located at 4140 E Joppa Road, Nottingham, Maryland, from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of CVS, a business that was engaged in and that affects interstate commerce.

> **(Interference with Commerce by Robbery and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951, and 2)

## COUNT FIVE

On or about June 9, 2020, within the District of Columbia and elsewhere, **D'MARRELL MITCHELL**, also known as "Baby," **DEAUNDRE BLOUNT**, and **GLENN DOLFORD**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **D'MARRELL MITCHELL**, also known as "Baby," **DEAUNDRE BLOUNT**, and **GLENN DOLFORD**, did unlawfully take and obtain, and attempt to take and obtain, property consisting of cellular phones from the T-Mobile store located at 8145 Baltimore Avenue, College Park, Maryland, from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of T-Mobile, a business that was engaged in and that affects interstate commerce.

> **(Interference with Commerce by Robbery and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951, and 2)

## COUNT SIX

On or about November 6, 2020, within the District of Columbia, **ASHLEY GAUSE**, also known as "Cray," **D'MARRELL MITCHELL**, also known as "Baby," and others both known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **ASHLEY GAUSE**, also known as "Cray," **D'MARRELL MITCHELL**, also known as "Baby," and others both known and unknown to the Grand Jury, did unlawfully take and obtain, and attempt to take and obtain,

property consisting of cellular phones from the T-Mobile store located at 721 D St. SE, Washington, D.C., from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of T-Mobile, a business that was engaged in and that affects interstate commerce.

> **(Interference with Commerce by Robbery and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951, and 2)

**COUNT SEVEN**

On or about November 9, 2020, within the District of Columbia, **ASHLEY GAUSE**, also known as "Cray," **D'MARRELL MITCHELL**, also known as "Baby," and others both known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **ASHLEY GAUSE**, also known as "Cray," **D'MARRELL MITCHELL**, also known as "Baby," and others both known and unknown to the Grand Jury, did unlawfully take and obtain, and attempt to take and obtain, property consisting of cellular phones from the Russel Cellular store located at 5252 Wisconsin Ave. NW, Washington, D.C., from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of Russel Cellular, a business that was engaged in and that affects interstate commerce.

> **(Interference with Commerce by Robbery and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951, and 2)

## COUNT EIGHT

On or about November 11, 2020, within the District of Columbia, **ASHLEY GAUSE**, also known as "Cray," **D'MARRELL MITCHELL**, also known as "Baby," and others both known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **ASHLEY GAUSE**, also known as "Cray," **D'MARRELL MITCHELL**, also known as "Baby," and others both known and unknown to the Grand Jury, did unlawfully take and obtain, and attempt to take and obtain, property consisting of cellular phones from the T-Mobile store located at 2460 Market St. NE, Washington, D.C., from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of T-Mobile, a business that was engaged in and that affects interstate commerce.

>   (**Interference with Commerce by Robbery and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951, and 2)

## COUNT NINE

On or about November 12, 2020, within the District of Columbia and elsewhere, **ASHLEY GAUSE**, also known as "Cray," **D'MARRELL MITCHELL**, also known as "Baby," and others both known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **ASHLEY GAUSE**, also known as "Cray," **D'MARRELL MITCHELL**, also known as "Baby," and others both known

and unknown to the Grand Jury, did unlawfully take and obtain, and attempt to take and obtain, property consisting of controlled substances from Glen Echo Pharmacy located at 7311 Macarthur Blvd., Bethesda, Maryland, from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of Glen Echo Pharmacy, a business that was engaged in and that affects interstate commerce.

(**Interference with Commerce by Robbery and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951, and 2)

## COUNT TEN

On or about January 12, 2021, within the District of Columbia, **ASHLEY GAUSE**, also known as "Cray," **D'MARRELL MITCHELL**, also known as "Baby," **TERRANCE BRANHAM**, also known as "Von," and others both known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **ASHLEY GAUSE**, also known as "Cray," **D'MARRELL MITCHELL**, also known as "Baby," **TERRANCE BRANHAM**, also known as "Von," and others both known and unknown to the Grand Jury, did unlawfully take and obtain, and attempt to take and obtain, property consisting of cellular phones from Verizon located at 703 8th St. SE, Washington, D.C., from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of Verizon, a business that was engaged in and that affects interstate commerce.

11

**(Interference with Commerce by Robbery and Aiding and Abetting**, in violation of
Title 18, United States Code, Sections 1951, and 2)

## COUNT ELEVEN

On or about February 14, 2021, within the District of Columbia and elsewhere, **ASHLEY
GAUSE**, also known as "Cray," **D'MARRELL MITCHELL**, also known as "baby,"
**TERRANCE BRANHAM**, also known as "Von," and **FLOYD NEAL**, did unlawfully obstruct,
delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in
Title 18, United States Code, Section 1951, and the movement of articles and commodities in such
commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that
**ASHLEY GAUSE**, also known as "Cray," **D'MARRELL MITCHELL**, also known as "baby,"
**TERRANCE BRANHAM**, also known as "Von," and **FLOYD NEAL**, did unlawfully take and
obtain, and attempt to take and obtain, property consisting of controlled substances from CVS
located at 10901 West Broad St., Henrico, Virginia, from the presence of employees, and against
their will by means of actual and threatened force, violence, and fear of injury, immediate and
future, to their persons, while the employees were engaged in commercial activities as employees
of CVS, a business that was engaged in and that affects interstate commerce.

**(Interference with Commerce by Robbery and Aiding and Abetting**, in violation of
Title 18, United States Code, Sections 1951, and 2)

## COUNT TWELVE

On or about March 24, 2021, within the District of Columbia, **ASHLEY GAUSE**, also
known as "Cray," and **TERRANCE BRANHAM**, also known as "Von," did unlawfully obstruct,
delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in
Title 18, United States Code, Section 1951, and the movement of articles and commodities in such
commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that

**ASHLEY GAUSE**, also known as "Cray," and **TERRANCE BRANHAM**, also known as "Von," did unlawfully take and obtain, and attempt to take and obtain, property consisting of controlled substances from Morgan Pharmacy located at 3001 P Street NW, Washington, D.C., from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of Morgan Pharmacy, a business that was engaged in and that affects interstate commerce.

(**Interference with Commerce by Robbery and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951, and 2)

## COUNT THIRTEEN

On or about March 25, 2021, within the District of Columbia and elsewhere, **TERRANCE BRANHAM**, also known as "Von," and **FLOYD NEAL**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **TERRANCE BRANHAM**, also known as "Von," and **FLOYD NEAL**, did unlawfully take and obtain, and attempt to take and obtain, property consisting of controlled substances from Walgreens located at 4515 Duke Street, Alexandria, Virginia, from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of Walgreens, a business that was engaged in and that affects interstate commerce.

(**Interference with Commerce by Robbery and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951, and 2)

## COUNT FOURTEEN

On or about March 31, 2021, within the District of Columbia and elsewhere, **ASHLEY GAUSE**, also known as "Cray," **TERRANCE BRANHAM**, also known as "Von," and **FLOYD NEAL**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **ASHLEY GAUSE**, also known as "Cray," **TERRANCE BRANHAM**, also known as "Von," and **FLOYD NEAL**, did unlawfully take and obtain, and attempt to take and obtain, property consisting of U.S. Currency from CVS located at 11729 Beltsville Dr., Beltsville, Maryland, from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of CVS, a business that was engaged in and that affects interstate commerce.

(**Interference with Commerce by Robbery and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951, and 2)

## COUNT FIFTEEN

On or about April 1, 2021, within the District of Columbia and elsewhere, **TERRANCE BRANHAM**, also known as "Von," **FLOYD NEAL**, and others unknown to the Grand Jury, did unlawfully and knowingly use, and carry a firearm, that is, a Hi-Point C9 9-milimeter semi-automatic firearm, during and in relation to, and in furtherance of, a drug trafficking offense, for which they may be prosecuted in a court of the United States, that is, Count Two of this Indictment which is incorporated herein.

(**Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

**COUNT SIXTEEN**

On or about May 4, 2021, within the District of Columbia and elsewhere, **ASHLEY GAUSE**, also known as "Cray," **D'MARRELL MITCHELL**, also known as "Baby," and others known to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **ASHLEY GAUSE**, also known as "Cray," **D'MARRELL MITCHELL**, also known as "Baby," and others known to the Grand Jury, did unlawfully take and obtain, and attempt to take and obtain, property consisting of cellular phones from AT&T located at 11427 Georgia Ave., Wheaton, Maryland, from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of AT&T, a business that was engaged in and that affects interstate commerce.

(**Interference with Commerce by Robbery and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951, and 2)

**COUNT SEVENTEEN**

On or about May 4, 2021, within the District of Columbia and elsewhere, **ASHLEY GAUSE**, also known as "Cray," **D'MARRELL MITCHELL**, also known as "Baby," and others known to the Grand Jury, did unlawfully and knowingly use, carry, and brandish, a firearm, that is, a Glock19 9-milimeter semi-automatic firearm, during and in relation to, and in furtherance of, a crime of violence, for which they may be prosecuted in a court of the United States, that is, Count Sixteen of this Indictment which is incorporated herein.

(**Using, Carrying, Possessing, and Brandishing a Firearm During a Crime of Violence and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2)

## COUNT EIGHTEEN

On or about May 5, 2021, within the District of Columbia and elsewhere, **ASHLEY GAUSE**, also known as "Cray," **D'MARRELL MITCHELL**, also known as "Baby," and others known to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **ASHLEY GAUSE**, also known as "Cray," **D'MARRELL MITCHELL**, also known as "Baby," and others known to the Grand Jury, did unlawfully take and obtain, and attempt to take and obtain, property consisting of cellular phones from AT&T located at 6300 Annapolis Road, Hyattsville, Maryland, from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of AT&T, a business that was engaged in and that affects interstate commerce.

    (**Interference with Commerce by Robbery and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951, and 2)

## COUNT NINETEEN

On or about May 5, 2021, within the District of Columbia and elsewhere, **ASHLEY GAUSE**, also known as "Cray," **D'MARRELL MITCHELL**, also known as "Baby," and others known to the Grand Jury, did unlawfully and knowingly use, carry, and brandish, a firearm, that is, a Glock19 9-milimeter semi-automatic firearm, during and in relation to, and in furtherance of, a crime of violence, for which they may be prosecuted in a court of the United States, that is, Count Eighteen of this Indictment which is incorporated herein.

**(Using, Carrying, Possessing, and Brandishing a Firearm During a Crime of Violence and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2)

## COUNT TWENTY

On or about May 7, 2021, within the District of Columbia and elsewhere, **ASHLEY GAUSE**, and others known to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that **ASHLEY GAUSE**, also known as "Cray," and others known to the Grand Jury, did unlawfully take and obtain, and attempt to take and obtain, property consisting of cellular phones from AT&T located at 14700 Baltimore Ave., Laurel, Maryland, from the presence of employees, and against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons, while the employees were engaged in commercial activities as employees of AT&T, a business that was engaged in and that affects interstate commerce.

**(Interference with Commerce by Robbery and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1951, and 2)

## COUNT TWENTY-ONE

On or about May 7, 2021, within the District of Columbia and elsewhere, **ASHLEY GAUSE**, also known as "Cray," and others known to the Grand Jury, did unlawfully and knowingly use, carry, and brandish, a firearm, that is, a Glock19 9-milimeter semi-automatic firearm, during and in relation to, and in furtherance of, a crime of violence, for which they may be prosecuted in a court of the United States, that is, Count Twenty of this Indictment which is incorporated herein.

**(Using, Carrying, Possessing, and Brandishing a Firearm During a Crime of Violence and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2)

## FORFEITURE ALLEGATION

1.      Upon conviction of any of the offenses listed in Counts 1, 3-14, 16, 18, and 20 of this Indictment, the defendants shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses.

2.      Upon conviction of the offense alleged in Count 2 of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense. The United States will also seek a forfeiture money judgment against the defendants equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of this offense.

3.      Upon conviction of any of the offenses listed in Counts 15, 17, 19, and 21 of this Indictment, the defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not

limited to a Glock 19 9mm semi-automatic firearm (serial number BKRG128), a Hi-point C9 9mm semi-automatic firearm (serial number P185286), and a 9mm ammunition.

     4.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property that cannot be subdivided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 924(d), and 981(a)(1)(C); Title 21, United States Code, Sections 853(a), (p); and Title 28, United Sates Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves*

Attorney of the United States in
and for the District of Columbia