AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

Ashley Gause

*Defendant*

)
)
)
)
)

Case: 1:23-cr-00190
Assigned To : Jackson, Amy Berman
Assign. Date : 6/6/2023
Description: INDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Ashley Gause
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

The defendant is charged with conspiring to interfere with interstate commerce by robbery, in violation of 18 USC 1951, and related offenses.

Date: 06/06/2023

Moxila A. Upadhyaya
Digitally signed by Moxila A. Upadhyaya
Date: 2023.06.06 16:16:14 -04'00'

*Issuing officer's signature*

City and state:   Washington, DC

Moxila A. Upadhyaya, Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/7/2003, and the person was arrested on *(date)* 6/8/2023
at *(city and state)* WASHINGTON D.C.

Date: 6/8/2023

SA [signature]
*Arresting officer's signature*

SA Erik Potrafka
*Printed name and title*