UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | : Crim. No. 23-CR-190 (ABJ) |
| ASHLEY GAUSE | : |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel was appointed to represent Ashley Gause in this co-defendant matter on June 9, 2023. When counsel was first assigned to the case, the indictment was sealed as to every defendant but Ms. Gause.

On June 22, 2023, this Court signed an Order unsealing the case as to the other defendants.

Thus, shortly after the case was unsealed, counsel learned that one of the co-defendants in this case is Glenn Dolford. Counsel had just finished representing Mr. Dolford in a homicide case in the Superior Court of the District of Columbia on June 20, 2023 – two days before this case was unsealed.

Based on the foregoing, counsel must unfortunately withdraw from Ms. Gause's case.

Respectfully submitted,

/s/

Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003
(301) 928-7727
(202) 544-7626(facsimile)
E-mail: sfbrennwald@cs.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 3rd day of July, 2023 to all counsel of record.

/s/

Stephen F. Brennwald