**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ASHLEY GAUSE,**<br><br>　　　**Defendant.** | **Case No.: 23-cr-190 (ABJ)** |

## GOVERNMENT'S NOTICE OF TRIAL AVAILABILITY

By Minute Order dated May 30, 2024, the Court directed the Government to inform defense counsel by June 3, 2024, of the estimated length of ttrial, and further directed the parties to provide trial availability between November 1, 2024 and July 1, 2025, by notice to the Court by June 7, 2024.

By email dated June 3, 2024, the Government informed defense counsel that the estimated length of the Government's case-in-chief would be five weeks. The Government is available for trial on any date beginning after November 8, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Cameron A. Tepfer*
Cameron A. Tepfer
D.C. Bar No. 1660476
Assistant United States Attorney
United States Attorney's Office
601 D. Street, NW
Washington, DC 20579
202-258-3515
Cameron.Tepfer@usdoj.gov