UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DOCKET
CASE# 1:23-cr-00190-ABJ-1

Leave to File Granted

*Amy B Jack*
Amy Berman Jackson
August 1, 2024

| | |
|---|---|
| United States of America<br>333 Constitution Ave.,<br>Northwest       ,<br>Washington, DC<br>             20001<br><br>v.<br><br><br>Ashley Gause<br><br>             Defendant, | Case No **1:23-cr-00190-ABJ-1**<br>Related Case No(s).: n/a<br><br><br><br><br>Judge Amy Berman Jackson |

## REQUEST

### NOTICE!  INADEQUATE AND INEFFECTIVE OF REPRESENTATION BY LAWLOR.

**THE DEFENDANT(S):** This request to DISMISS my attorney due to inadequate representation, to date my lawyer has refused to provide me with the requested discovery information, I learn about updates through other sources. My attorney has only been to see me 3-4 times and I have been here at CTF jail in District of Columbia for over a year now i.e.. June of 2023.

1. It is my right to have adequate representation: that is effective and willing to explain and go over requests from court officials.

   a. My attorney Lawlor has declined meeting, in which went against my requests to attend, he failed to show up for court May 30, 2024, in which to my understanding a plea was submitted, however no one was able to go over. The stand in attorney could not explain or go over what was presented.

   b. My point system has shown an enormous amount of incorrect information, as this is my life and I cannot play around with my life as well as my three (3) younger children lives, they depend on me and one day my hopes is to go home to them before they're grown adults, also along side my spouse (they all need me and I need them). I came to this decision because time is of the essence and the attorney I have now does NOT suit me, I've already been robbed of my life by being in this place (CTF) I cannot take a chance to be robbed of a fair chance of coming home, I can't risk that, please grant

AGause
tl
1

   this request, since I tried speaking up in court on July 26, 2024, which I was dismissed of such request.

2. My requests have not been taking in to consideration at all, if I provide information, I never get a follow up nor am I able to firmly make informed decisions, because my attorney does the opposite of what I ask.
3. These actions have created an extreme hardship and I have not been privy to everything that I am entitled to with a full complete understanding and comprehension of this case, in which my life depends on.

By:

Regards,
Ashley Gause
CTF DC
#338857



Attorney, Lawlor
D.C Bar No. n/a
The Law Office of McKenna & Lawlor
Greenbelt, Maryland
Tel:
*Counsel for Defendant (Ashley Gause)*


Dated: July 26, 2024

HAND CARRIED

Email: dcd_cmecf_cr@dcd.uscourts.gov