IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Case No. 23-cr-190-ABJ |
| ASHLEY GAUSE | * |
| | * |
| Defendant. | * |

**UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE**

The Defendant, Ashley Gause, by and through counsel, Michael E. Lawlor and Brennan, McKenna & Lawlor, Chtd., respectfully submits this Unopposed Motion to Continue Status Conference. In support of this Motion, counsel state as follows.

1. On August 1, 2024, Ms. Gause filed a *pro se* Motion to Dismiss Attorney, in which she requested the appointment of new counsel. The Court reached out to the undersigned counsel to set a status conference in this matter. The undersigned counsel provided several available dates and noted that due to scheduling conflicts, the week of August 12 was not available. On August 14, 2024, the Court scheduled the status conference for August 16, 2024 at 2 p.m. At this time, the undersigned counsel respectfully requests that the Court continue the status conference.

2. On August 16, 2024 at 1:30 p.m., the undersigned counsel must appear in the Circuit Court for Prince George's County for a sentencing hearing in a case in

1

which a juvenile client is charged as an adult with serious offenses. The sentencing date in that case has been set for several months.

3.　　The undersigned counsel has conferred with AUSA Cameron Tepfer, who has indicated that the Government does not oppose a continuance of the status conference.

4.　　Additionally, the undersigned counsel wishes to inform the Court that he has reviewed Ms. Gause's *pro se* filing and has recently visited with Ms. Gause. The undersigned counsel believes that there exists a conflict of interest that prevents him from representing Ms. Gause in this matter.

5.　　Accordingly, Ms. Gause respectfully requests that this Honorable Court continue the August 16 status conference to a date and time convenient for the Court and the parties.

Respectfully submitted,

/s/
_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2024, a copy of the foregoing was sent to the United States Attorney's Office for the District of Columbia, via ECF.

/s/
_____
Michael E. Lawlor