**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ASHLEY GAUSE, et al.,**<br><br>**Defendants.** | **Criminal Case No. 23-cr-190 (ABJ)** |

**GOVERNMENT'S NOTICE OF EXPERT TESTIMONY IN THE FIELD OF**
**CELLPHONE TECHNOLOGY, CELLULAR TOWERS,**
**AND THE ANALYSIS OF HISTORICAL CELLPHONE RECORDS**

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the United States hereby provides notice that it may introduce the testimony of an expert witnesses in the field of cellphone technology, cellular towers, and the analysis of historical cellphone records as described in the attached letter, which was provided to defense counsel on June 20, 2025. The government will supplement these disclosures as appropriate and sufficiently before trial to provide the defense a fair opportunity to meet the evidence. *See* Fed. R. Crim. P. Rule 16(a)(1)(G)(ii).

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     /s/ Sarah Martin_____
Sarah Martin
Assistant United States Attorney
D.C. Bar 1612989
601 D Street NW
Washington, DC
(202) 252-6775
Sarah.Martin@usdoj.gov



U.S. Department of Justice

JEANINE FERRIS PIRRO
United States Attorney

District of Columbia

*Patrick Henry Building*
*601 D Street NW*
*Washington, DC 20530*

June 20, 2025

Carmen Hernandez, Esq.
*Counsel for Ashley Gause*
Diane Shrewsbury, Esq.
*Counsel for D'Marrel Mitchell*
Erin Scialpi, Esq.
*Counsel for Terrance Branham*
Peter Cooper, Esq.
*Counsel for Deaundre Blount*
***VIA EMAIL AND ECF***

> Re:     <u>United States v. Gause et al.</u>
>           Case No. 23-cr-190 (ABJ)

Dear Counsel,

We are writing pursuant to Rule 16 of the Federal Rules of Criminal Procedure to provide notice of the following expert witness whom the government may call at trial in this matter:

### FBI Special Agent Benjamin Fulp – Cellular Analysis Survey Team

Agent Fulp is an expert in the fields of cellphone technology, cellular towers, and the analysis of historical cellular phone records. Specifically, Agent Fulp is an expert in analyzing the aforementioned records to determine the approximate location from which a cellphone was used at the particular time or ranges of times.

Agent Fulp works in the Federal Bureau of Investigation's Criminal Investigative Division, Cellular Analysis Survey Team ("CAST"). A copy of his CV, which includes a list of trials in which Agent Fulp has been qualified and testified as an expert, has been separately provided to you. Agent Fulp may generate additional material that the government will seek to introduce as evidence at trial. Once that material, including any exhibits, are prepared, the government will provide them to you.

In his testimony, Agent Fulp will discuss how cellular towers operate, how cellular signals are sent and received, and how cellular towers are used in cellular communications, including phone calls, text messages, and data sessions. Agent Fulp will explain that cellphones use radio frequencies to communicate. When a cellphone is "on," the cellphone constantly scans its environment, evaluating and ranking which towers have the strongest signal. When a cellphone interacts with the network (*e.g.,* places or receives a call or text message, or uses certain applications), it will use the cellular tower and sector that it determines has the best signal. The tower with the best signal often comes from the tower that is closest to the cellphone, or in its direct line of sight.

Agent Fulp will testify that a general location of a cellphone can be determined by reviewing and analyzing cellphone location and cellular tower data. Agent Fulp will explain that this is accomplished by determining the locations of the cellular towers used by a cellphone to interact with the network. Whether a cellphone uses a particular tower depends on various factors, including the signal strength, the distance from the "cell site" (*i.e.,* the cellular tower and cell sector), and any obstructions between the phone and the tower. A typical cellular tower has three 120-degree sectors, which are labeled numerically. The location of a cellular tower is often determined by sales/marketing, capacity, improvement of coverage, or expansion or growth of a service provider. The antennas on a cellular tower are pointed at the Earth and are fine tuned to provide a specific area of coverage. As the radio frequency travels away from the tower, the strength diminishes.

Agent Fulp analyzed the cellphone records and associated cellular tower records for instances where the target phone numbers interacted with the network in this investigation. That analysis was produced in a draft report, which was previously provided in discovery as serial 2 in the FBI case file.

Agent Fulp's report details the cellular tower and cellular sector ("cell site") that served the cellphones during certain periods of activity. The data, along with a list of cellular site locations, illustrate an approximate location of the target cellphones when they initiated contact with the network. Cell sites in existence during the time of the incident were input into mapping software using latitude/longitude coordinates of the cell sites as identified by the mobile provider.

Additionally, Agent Fulp will testify that call detail records record the cell site that served a cellphone when contact was initiated with the network. A separate set of records maintained by the mobile provider is referred to as engineering data, or "Timing Advance" data, which is useful to determine the distance of a mobile device from a specific cellular tower. Agent Fulp will explain how Timing Advance records are generated as a byproduct of the synchronization process between the mobile device and the cellular network. As a part of that process, the mobile provider measures the time it takes for a signal to travel from a cellular tower to a mobile device, and back (round trip time) to estimate the device's distance from the tower. Agent Fulp will testify that, where Timing Advance is available, the location of the target cellphone can be determined more precisely.

The government expects that Agent Fulp will present his conclusions regarding the general locations of the target cellphones at certain points in time by using a Power Point presentation, which will be disclosed as soon as it is received. The government expects that Agent Fulp's presentation will list the times at which the target cellphones interacted with the network, the

cellular towers with which the target cellphones interacted, the general area in which the cellphones were located at the time of certain phone calls, and whether the phone calls were outgoing or incoming. The government expects that Agent Fulp will not be able to testify as to the exact location of the cellphones at any given point in time—only the general area in which the cellphones were located.

Agent Fulp has reviewed, approved, and signed this notice pursuant to Federal Rule of Criminal Procedure 16 (a)(1)(G)(v).


 /s/ *Benjamin Fulp*
Special Agent Benjamin Fulp
Federal Bureau of Investigation

Respectfully submitted,


JEANINE FERRIS PIRRO
United States Attorney


By:    /s/ Sarah Martin
Sarah Martin
Assistant United States Attorney
D.C. Bar 1612989
601 D Street NW
Washington, DC
(202) 252-6775
Sarah.Martin@usdoj.gov