UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Case No.  23-cr-00190-1 (ABJ) |
| | * | |
| **ASHLEY GAUSE** | * | |

ooOoo

## MOTION IN LIMINE FOR LEAVE TO NOTICE
## DEFENSE EXPERT EVIDENCE

Ashley Gause, by her undersigned counsel, hereby respectfully moves this Honorable Court for leave to Notice Defense Expert Witnesses, if any, once she is able to review the Government's Expert Notices filed this date.

1. The government has filed seven separate Notices, pursuant to FED. R. CRIM. PROC. 16(a)(1)(G), identifying various expert witnesses whom it may call to testify at trial:

   a. Latent Prints (ECF 174);
   b. Drug Examiner (chemist) (ECF175);
   c. Drug Trafficking expert (ECF 176);
   d. Digital Forensic Expert (ECF 177);
   e. Firearm expert (ECF 178);
   f. Cellsite data expert (ECF 179);
   g. Forensic Seriology (ECF 180).

2. Ms. Gause hereby gives notice that she reserves the right to identify expert witnesses in each of the above-noted disciplines once she is able to review the government disclosures with respect to each such expert testimony.

Respectfully submitted,
/s/ *Carmen D.  Hernandez*
**Carmen D.  Hernandez**
Bar No.  MD03366
7166 Mink Hollow Road
Highland, MD 20777
(240) 472-3391; (301) 854-0076 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of this Motion was served on all counsel of record via ECF this 20th day of June, 2025.

                                        /s/ *Carmen D. Hernandez*
                                        **Carmen D. Hernandez**