UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Case No. 23-cr-00190-1 (ABJ) |
| | * | |
| **ASHLEY GAUSE** | * | |

ooOoo

### ASHLEY GAUSE'S MOTION TO JOIN AND ADOPT DEFENDANT MITCHELL'S SUPPLEMENT TO MOTION TO SUPPRESS EVIDENCE OBTAINED AS A RESULT OF UNCONSTITUTIONAL WARRANTS

Ashley Gause, by her undersigned counsel, hereby respectfully moves this Honorable Court for leave to join and adopt the Supplement to Motion to Suppress Evidence Obtained as a Result of Unconstitutional Warrants (ECF 245) filed by Defendant Mitchell. In support of this motion, Ms. Gause states that she has reviewed the facts and arguments set out in the Mitchell Supplement and has determined that the relief requested applies with equal force to Ms. Gause. The Mitchell Supplement. In addition, Ms. Gause hereby confirms for the Court that she was released pretrial on home detention during the pendency of the Anne Arundel proceedings.

1. With respect to the Anne Arundel case, the case record reflects that on July 22, 2021, Circuit Court Judge Scott A. Poyer granted Ms. Gause's motion for pretrial release. Ms. Gause remained on home detention until February 25, 2022, when the Court imposed a sentence of imprisonment, all but 18-months suspended after entry of a guilty plea.[1]

---

[1] Select copies of the relevant pages of the 105-page docket from the Circuit Court of Maryland for Anne Arundel County, Case No. C-02-CR-21-000954 will be filed separately once they are redacted to delete personal information.

2.  Ms. Gause submits that allowing her to join and adopt the Mitchell Supplement promotes fairness, secures simplicity and eliminates unjustifiable expense to the CJA budget and promotes efficient use of judicial resources and a just resolution in accordance with Fed. R. Crim. Proc. 2.

WHEREFORE, upon consideration of the foregoing motion, Ashley Gause respectfully prays that this Honorable Court grants her leave to adopt and join the Mitchell Supplement (ECF 245) as well as consider the additional information regarding her pretrial release in the Anne Arundel County case.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD03366
7166 Mink Hollow Road
Highland, MD 20777
(240) 472-3391; (301) 854-0076 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion was served on all counsel of record via ECF this 29th day of August, 2025.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**