# EXHIBIT A

If called to testify, or, more appropriately, if AUSA Nelson were to proffer as an officer of the Court he would state as follows:

AUSA Nelson does not have perfect recall of the exchanges leading up to the submission of this warrant, but has endeavored to remember the events to the best of his ability.  At the time this warrant was submitted, AUSA Nelson and Special Agent Potrafka were working on multiple investigations together, each of which required applications for search warrants.  AUSA Nelson recalls that, during this period of time, he spoke with Special Agent Potrafka on the telephone nearly every day.

AUSA Nelson recalls receiving Special Agent Potrafka's draft of the search warrant at issue.  As is his customary practice, AUSA Nelson reviewed the draft warrant and made numerous revisions. AUSA Nelson's edits included both substantive and grammatical changes to enhance the warrant's clarity and readability.

AUSA Nelson recalls that, while he was reviewing the draft warrant, he spoke with Special Agent Potrafka on the telephone and asked whether Special Agent Potrafka had relied upon the materials provided by Anne Arundel when he wrote the probable cause section of the draft warrant.  AUSA Nelson recalls that Special Agent Potrafka stated that he had not relied on those materials. AUSA Nelson recalls understanding this statement to mean that Special Agent Potrafka had not reviewed the materials, which understanding is reflected in AUSA Nelson's edits to Paragraph 23.

AUSA Nelson recalls that, in accordance with his standard practice, he submitted the revised search warrant affidavit – which included his changes – to Special Agent Potrafka via email.  AUSA Nelson recalls that that he told Special Agent Potrafka, in accordance with his standard practice, to review the affidavit carefully to make sure that he agreed with AUSA Nelson's changes before he swore to it.  AUSA Nelson recalls that Special Agent Potrafka gave his permission for AUSA Nelson to submit the edited version to the Court for swearing, which AUSA Nelson did.

AUSA Nelson recalls a conversation with Special Agent Potrafka about whether or not Special Agent Potrafka needed to obtain a separate search warrant to review the contents of the digital extraction provided by Anne Arundel, but AUSA Nelson does not recall when that conversation took place.  AUSA Nelson also does not recall any conversations during which Special Agent Potrafka indicated that he had reviewed, or was reviewing, the digital extraction.