UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>ASHLEY GAUSE (1),<br>D'MARRELL MITCHELL (2),<br>TERRANCE BRANHAM (3), and<br>DEAUNDRE BLOUNT (6) | Case No. 23-CR-190 (ABJ) |

## DEFENSE SUPPLEMENTAL OBJECTIONS TO CAST REPORT

Defendants submit the following supplemental objection to the CAST report. The CAST report is an expert report and, like other expert reports, is itself hearsay. Therefore, the CAST report cannot be admitted as an exhibit, but instead only used by the expert as a demonstrative.

Federal Rule of Evidence 802 precludes the admission of hearsay. The CAST report is an out of court statement of the expert (the expert's opinions) offered for the truth of the matter asserted (offered to prove phones were located at specific locations as specific times). The report does not qualify under any of the hearsay exceptions. Therefore, it should be admitted only as a demonstrative for use during the expert's testimony.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

 /s/ Diane Shrewsbury
Diane Shrewsbury
Benjamin Schiffelbein
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

1