UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
)
v.                            )
)      Crim. Action No. 23-190
ASHLEY GAUSE,           )
)
Defendant.      )
)

## VERDICT FORM

We, the Jury, hereby return this unanimous verdict in the above-captioned case:

## COUNT ONE

With respect to Count One, Conspiracy to Interfere with Interstate Commerce by Robbery, how do you find defendant ASHLEY GAUSE?

_____        ✓_____
Not Guilty                          Guilty

You must find beyond a reasonable doubt that at least one of the people in the conspiracy charged in Count One took at least one action for the purpose of carrying out the conspiracy. Your decision must be unanimous as to what that action was; the alleged overt acts are numbered in the jury instructions for Count One, and you may refer to them by those numbers.

Please identify at least one of the alleged overt acts that you unanimously agree was done for the purpose of carrying out the conspiracy: *Pasadena on May 26, 2021*

## COUNT TWO

With respect to Count Two, Conspiracy to Distribute or Possess with Intent to Distribute Controlled Substances, how do you find defendant ASHLEY GAUSE?

_____        ✓_____
Not Guilty                          Guilty

## COUNT THREE

With respect to Count Three, Interference with Interstate Commerce by Robbery on or about May 9, 2020, at the Walgreens pharmacy at 1905 State Road 33, Neptune, New Jersey, how do you find defendant ASHLEY GAUSE?

_____        _____ ✓
Not Guilty                     Guilty

## COUNT SIX

With respect to Count Six, Interference with Interstate Commerce by Robbery on or about November 6, 2020, at the T-Mobile store at 721 D St. SE, Washington, D.C., how do you find defendant ASHLEY GAUSE?

_____        _____ ✓
Not Guilty                     Guilty

## COUNT SEVEN

With respect to Count Seven, Interference with Interstate Commerce by Robbery on or about November 9, 2020, at the Russell Cellular store at 5252 Wisconsin Ave. NW, Washington, D.C., how do you find defendant ASHLEY GAUSE?

_____ ✓      _____
Not Guilty                     Guilty

## COUNT EIGHT

With respect to Count Eight, Interference with Interstate Commerce by Robbery on or about November 11, 2020, at the T-Mobile store at 2460 Market St. NE, Washington, D.C., how do you find defendant ASHLEY GAUSE?

_____        _____ ✓
Not Guilty                     Guilty

## COUNT NINE

With respect to Count Nine, Interference with Interstate Commerce by Robbery on or about November 12, 2020, at the Glen Echo Pharmacy at 7311 Macarthur Blvd., Bethesda, Maryland, how do you find defendant ASHLEY GAUSE?

_____     _____
Not Guilty                                      Guilty

## COUNT TEN

With respect to Count Ten, Interference with Interstate Commerce by Robbery on or about January 12, 2021, at the Verizon store at 703 8th St. SE, Washington, D.C., how do you find defendant ASHLEY GAUSE?

_____     _____
Not Guilty                                      Guilty

## COUNT ELEVEN

With respect to Count Eleven, Interference with Interstate Commerce by Robbery on or about February 14, 2021, at the CVS pharmacy at 10901 West Broad St., Henrico, Virginia, how do you find defendant ASHLEY GAUSE?

_____     _____
Not Guilty                                      Guilty

## COUNT TWELVE

With respect to Count Twelve, Interference with Interstate Commerce by Robbery on or about March 24, 2021, at the Morgan Pharmacy at 3001 P Street NW, Washington, D.C., how do you find defendant ASHLEY GAUSE?

_____     _____
Not Guilty                                      Guilty

3

## COUNT FOURTEEN

With respect to Count Fourteen, Interference with Interstate Commerce by Robbery on or about March 31, 2021, at the CVS pharmacy at 11729 Beltsville Dr., Beltsville, Maryland, how do you find defendant ASHLEY GAUSE?

_____          _____
Not Guilty                                Guilty ✓

## COUNT SIXTEEN

With respect to Count Sixteen, Interference with Interstate Commerce by Robbery on or about May 4, 2021, at the AT&T store at 11427 Georgia Ave., Wheaton, Maryland, how do you find defendant ASHLEY GAUSE?

_____          _____
Not Guilty                                Guilty ✓

**If you find the defendant not guilty of Count Sixteen, you must not consider Count Seventeen, and you must skip to Count Eighteen.**

**If you find the defendant guilty of Count Sixteen, you must consider Count Seventeen.**

## COUNT SEVENTEEN

With respect to Count Seventeen, Brandishing a Firearm During and in Relation to a crime of violence on or about May 4, 2021, how do you find defendant ASHLEY GAUSE?

_____          _____
Not Guilty ✓                            Guilty

## COUNT EIGHTEEN

With respect to Count Eighteen, Interference with Interstate Commerce by Robbery on or about May 5, 2021, at the AT&T store at 6300 Annapolis Road, Hyattsville, Maryland, how do you find defendant ASHLEY GAUSE?

_____          _____
Not Guilty                                Guilty ✓

If you find the defendant <u>not guilty</u> of Count Eighteen, you must <u>not</u> consider Count Nineteen, and you must skip to Count Twenty.

If you find the defendant <u>guilty</u> of Count Eighteen, you <u>must</u> consider Count Nineteen.

## COUNT NINETEEN

With respect to Count Nineteen, Brandishing a Firearm During and in Relation to a crime of violence on or about May 5, 2021, how do you find defendant ASHLEY GAUSE?

_____✓_____            _____
Not Guilty                        Guilty

## COUNT TWENTY

With respect to Count Twenty, Interference with Interstate Commerce by Robbery on or about May 7, 2021, at the AT&T store at 14700 Baltimore Ave., Laurel, Maryland, how do you find defendant ASHLEY GAUSE?

_____            _____✓_____
Not Guilty                        Guilty

If you find the defendant <u>not guilty</u> of Count Twenty, you must not answer the additional question below; you must <u>not</u> consider Count Twenty-one; and you must proceed to the end of the Verdict Form to complete it.

If you find the defendant <u>guilty</u> of Count Twenty, you <u>must</u> answer the following question:

Which form of the offense charged in Count Twenty do you find that the defendant committed?

Interference with Commerce by Robbery _____    **OR**

Attempted Interference with Commerce by Robbery ___✓___

If the form of the offense you found was committed was Attempted Interference with Commerce by Robbery, you must <u>not</u> consider Count Twenty-one, and you must proceed to the end of the verdict form.

If you find that the offense committed was Interference with Commerce by Robbery, you <u>must</u> consider Count Twenty-One.

## COUNT TWENTY-ONE

With respect to Count Twenty-one, Brandishing a Firearm During and in Relation to a crime of violence on or about May 7, 2021, how do you find defendant ASHLEY GAUSE?

_____                    _____
Not Guilty                                              Guilty

SO SAY WE ALL, this 28 day of October, 2025.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )
                               )        Crim. Action No. 23-190
                               )
D'MARRELL MITCHELL,            )
                               )
            Defendant.         )
                               )

## VERDICT FORM

We, the Jury, hereby return this unanimous verdict in the above-captioned case:

## COUNT ONE

With respect to Count One, Conspiracy to Interfere with Interstate Commerce by Robbery, how do you find defendant D'MARRELL MITCHELL?

_____          _____✓_____
    Not Guilty                          Guilty

You must find beyond a reasonable doubt that at least one of the people in the conspiracy charged in Count One took at least one action for the purpose of carrying out the conspiracy. Your decision must be unanimous as to what that action was; the alleged overt acts are numbered in the jury instructions for Count One, and you may refer to them by those numbers.

Please identify at least one of the alleged overt acts that you unanimously agree was done for the purpose of carrying out the conspiracy: Pasadena on May 26, 2021

## COUNT TWO

With respect to Count Two, Conspiracy to Distribute or Possess with Intent to Distribute Controlled Substances, how do you find defendant D'MARRELL MITCHELL?

_____          _____✓_____
    Not Guilty                          Guilty

1

## COUNT THREE

With respect to Count Three, Interference with Interstate Commerce by Robbery on or about May 9, 2020, at the Walgreens pharmacy at 1905 State Road 33, Neptune, New Jersey, how do you find defendant D'MARRELL MITCHELL?



_____        _____
Not Guilty                                      Guilty

## COUNT FOUR

With respect to Count Four, Interference with Interstate Commerce by Robbery on or about June 8, 2020, at the CVS store at 4140 E Joppa Road, Nottingham, Maryland, how do you find defendant D'MARRELL MITCHELL?



_____        _____
Not Guilty                                      Guilty

## COUNT FIVE

With respect to Count Five, Interference with Interstate Commerce by Robbery on or about June 9, 2020, at the T-mobile store at 8145 Baltimore Avenue, College Park, Maryland, how do you find defendant D'MARRELL MITCHELL?



_____        _____
Not Guilty                                      Guilty

## COUNT SIX

With respect to Count Six, Interference with Interstate Commerce by Robbery on or about November 6, 2020, at the T-Mobile store at 721 D St. SE, Washington, D.C., how do you find defendant D'MARRELL MITCHELL?

_____          _____✓_____
Not Guilty                                    Guilty

## COUNT SEVEN

With respect to Count Seven, Interference with Interstate Commerce by Robbery on or about November 9, 2020, at the Russell Cellular store at 5252 Wisconsin Ave. NW, Washington, D.C., how do you find defendant D'MARRELL MITCHELL?

_____✓_____          _____
Not Guilty                                    Guilty

## COUNT EIGHT

With respect to Count Eight, Interference with Interstate Commerce by Robbery on or about November 11, 2020, at the T-Mobile store at 2460 Market St. NE, Washington, D.C., how do you find defendant D'MARRELL MITCHELL?

_____          _____✓_____
Not Guilty                                    Guilty

## COUNT NINE

With respect to Count Nine, Interference with Interstate Commerce by Robbery on or about November 12, 2020, at the Glen Echo Pharmacy at 7311 Macarthur Blvd., Bethesda, Maryland, how do you find defendant D'MARRELL MITCHELL?

_____          _____✓_____
Not Guilty                                    Guilty

3

## COUNT TEN

With respect to Count Ten, Interference with Interstate Commerce by Robbery on or about January 12, 2021, at the Verizon store at 703 8ᵗʰ St. SE, Washington, D.C., how do you find defendant D'MARRELL MITCHELL?

_____          _____
Not Guilty                         Guilty ✓

## COUNT ELEVEN

With respect to Count Eleven, Interference with Interstate Commerce by Robbery on or about February 14, 2021, at the CVS pharmacy at 10901 West Broad St., Henrico, Virginia, how do you find defendant D'MARRELL MITCHELL?

_____          _____
Not Guilty                         Guilty ✓

## COUNT SIXTEEN

With respect to Count Sixteen, Interference with Interstate Commerce by Robbery on or about May 4, 2021, at the AT&T store at 11427 Georgia Ave., Wheaton, Maryland, how do you find defendant D'MARRELL MITCHELL?

_____          _____
Not Guilty                         Guilty ✓

**If you find the defendant not guilty of Count Sixteen, you must not consider Count Seventeen, and you must skip to Count Eighteen.**

**If you find the defendant guilty of Count Sixteen, you must consider Count Seventeen.**

## COUNT SEVENTEEN

With respect to Count Seventeen, Brandishing a Firearm During and in Relation to a crime of violence on or about May 4, 2021, how do you find defendant D'MARRELL MITCHELL?

_____          _____
Not Guilty ✓                       Guilty

4

## COUNT EIGHTEEN

With respect to Count Eighteen, Interference with Interstate Commerce by Robbery on or about May 5, 2021, at the AT&T store at 6300 Annapolis Road, Hyattsville, Maryland, how do you find defendant D'MARRELL MITCHELL?

_____          _____
Not Guilty                                    Guilty

**If you find the defendant not guilty of Count Eighteen, you must not consider Count Nineteen, and you must proceed to the end of the Verdict Form.**

**If you find the defendant guilty of Count Eighteen, you must consider Count Nineteen.**

## COUNT NINETEEN

With respect to Count Nineteen, Brandishing a Firearm During and in Relation to a crime of violence on or about May 5, 2021, how do you find defendant D'MARRELL MITCHELL?

_____          _____
Not Guilty                                    Guilty

SO SAY WE ALL, this 28 day of October, 2025.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Crim. Action No. 23-190 |
| TERRANCE BRANHAM, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## VERDICT FORM

We, the Jury, hereby return this unanimous verdict in the above-captioned case:

### COUNT ONE

With respect to Count One, Conspiracy to Interfere with Interstate Commerce by Robbery, how do you find defendant TERRANCE BRANHAM?

_____          _____✓_____
Not Guilty                         Guilty

You must find beyond a reasonable doubt that at least one of the people in the conspiracy charged in Count One took at least one action for the purpose of carrying out the conspiracy. Your decision must be unanimous as to what that action was; the alleged overt acts are numbered in the jury instructions for Count One, and you may refer to them by those numbers.

Please identify at least one of the alleged overt acts that you unanimously agree was done for the purpose of carrying out the conspiracy: _Manassas, April 1, 2021_

### COUNT TWO

With respect to Count Two, Conspiracy to Distribute or Possess with Intent to Distribute Controlled Substances, how do you find defendant TERRANCE BRANHAM?

_____          _____✓_____
Not Guilty                         Guilty

1

## COUNT TEN

With respect to Count Ten, Interference with Interstate Commerce by Robbery on or about January 12, 2021, at the Verizon store at 703 8th St. SE, Washington, D.C., how do you find defendant TERRANCE BRANHAM?



_____
Not Guilty

_____
Guilty

## COUNT ELEVEN

With respect to Count Eleven, Interference with Interstate Commerce by Robbery on or about February 14, 2021, at the CVS pharmacy at 10901 West Broad St., Henrico, Virginia, how do you find defendant TERRANCE BRANHAM?



_____
Not Guilty

_____
Guilty

## COUNT TWELVE

With respect to Count Twelve, Interference with Interstate Commerce by Robbery on or about March 24, 2021, at the Morgan Pharmacy at 3001 P Street NW, Washington, D.C., how do you find defendant TERRANCE BRANHAM?



_____
Not Guilty

_____
Guilty

## COUNT THIRTEEN

With respect to Count Thirteen, Interference with Interstate Commerce by Robbery on or about March 25, 2021, at the Walgreens pharmacy at 4515 Duke Street, Alexandria, Virginia, how do you find defendant TERRANCE BRANHAM?

_____
Not Guilty

_____
Guilty

## COUNT FOURTEEN

With respect to Count Fourteen, Interference with Interstate Commerce by Robbery on or about March 31, 2021, at the CVS pharmacy at 11729 Beltsville Dr., Beltsville, Maryland, how do you find defendant TERRANCE BRANHAM?

_____          ___✓_____
Not Guilty                    Guilty

**If you found defendant Branham not guilty of Count Two, you may not consider Count Fifteen, and you must proceed to the signature line at the end of this form. If you found defendant guilty of Count Two, you must consider Count Fifteen.**

## COUNT FIFTEEN

With respect to Count Fifteen, Using or Carrying a Firearm During and in Relation to a Drug Trafficking Offense on or about April 1, 2021, how do you find defendant TERRANCE BRANHAM?

_____          ___✓_____
Not Guilty                    Guilty

SO SAY WE ALL, this 28 day of October, 2025.